**Order entered June 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00304-CR

**AARON GREGORY MOSEMAN, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81079-2012**

## ORDER

Appellant's May 28, 2013 motion for extension of time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE